**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
—————————————————————— X

Jacqueline Hansen

                                                    **Docket No. 11-1382**

                              **Plaintiff**

-against-

Allied Interstate, Inc.

                              **Defendant**
—————————————————————— X

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all parties that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-entitled

action be, and the same hereby is discontinued with prejudice and without costs to either

party.


**S/ <u>Joseph Mauro, Esq.</u>**          <u>11/12/2011</u>
Joseph M. Mauro                    Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


**S/ <u>Christopher B. Hitchcock, Esq.</u>**          <u>11/12/2011</u>
Hitchcock & Cummings, LLP           Date
120 West 45th Street Suite 405
New York, NY 10036
Attorney for Defendant