

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Jacqueline Hansen

                            **Plaintiff**

-against-

Allied Interstate, Inc.

                            **Defendant**

Docket No. 11-1382

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★   2011   ★
LONG ISLAND OFFICE

_____X

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

| | |
|---|---|
| **S/ Joseph Mauro, Esq.**<br>Joseph M. Mauro<br>306 McCall Ave.<br>West Islip, NY 11795<br>Attorney for Plaintiff | 11/12/2011<br>Date |
| **S/ Christopher B. Hitchcock, Esq.**<br>Hitchcock & Cummings, LLP<br>120 West 45th Street Suite 405<br>New York, NY 10036<br>Attorney for Defendant | 11/12/2011<br>Date |

So Ordered. Case closed.

/s/ _____
Arthur D. Spatt, U.S.D.J.   11/15/11